1    **WO**

2

3

4

5

6    **IN THE UNITED STATES DISTRICT COURT**

7    **FOR THE DISTRICT OF ARIZONA**

8

9    St. Paul Fire & Marine Insurance )    No. CV-11-1954-PHX-SMM
     Company, Charter Oak Fire Insurance )
10   Company, and Travelers Indemnity )
     Company of America, )
11                                     )    **ORDER**
                Plaintiffs,            )
12                                     )
     v.                               )
13                                     )
     Maryland Casualty Company, American )
14   Safety Indemnity Company, Lexington )
     Insurance Company, Transportation )
15   Insurance Company, American Home )
     Insurance Company, Commerce & )
16   Industry Insurance Company, Zurich )
     American Insurance Company, Liberty )
17   Mutual Insurance Company, National )
     Fire Insurance Company of Hartford, )
18   American Guarantee & Liability )
     Insurance Company, and Steadfast )
19   Insurance Company, )
                                       )
20              Defendants.            )
                                       )
21   _____ )
                                       )
22   Transportation Insurance Company and )
     National Fire Insurance Company of )
23   Hartford, )
                                       )
24         Counter/Cross-Claimants,    )
                                       )
25   v.                               )
                                       )
26   St. Paul Fire & Marine Insurance )
     Company, Charter Oak Fire Insurance )
27   Company, Travelers Indemnity Company )
     of America, Ohio Casualty Insurance )
28   Company, Maryland Casualty Company, )

| | | |
|---|---|---|
| 1 | American Safety Indemnity Company, | ) |
| | Lexington Insurance Company, | ) |
| 2 | American Home Insurance Company, | ) |
| | Commerce & Industry Insurance | ) |
| 3 | Company, Zurich American Insurance | ) |
| | Company, Liberty Mutual Insurance | ) |
| 4 | Company, and American Guarantee & | ) |
| | Liability Insurance Company, | ) |
| 5 | | ) |
| | Counter/Cross-Defendants. | ) |
| 6 | | ) |
| | | ) |
| 7 | | ) |
| | Zurich American Insurance Company, | ) |
| 8 | | ) |
| | Counter/Cross-Claimant, | ) |
| 9 | | ) |
| | v. | ) |
| 10 | | ) |
| | St. Paul Fire & Marine Insurance | ) |
| 11 | Company, Charter Oak Fire Insurance | ) |
| | Company, Travelers Indemnity Company | ) |
| 12 | of America, Ohio Casualty Insurance | ) |
| | Company, American Safety Indemnity | ) |
| 13 | Company, Lexington Insurance | ) |
| | Company, Transportation Insurance | ) |
| 14 | Company, American Home Insurance | ) |
| | Company, Commerce & Industry | ) |
| 15 | Insurance Company, Liberty Mutual | ) |
| | Insurance Company, and National Fire | ) |
| 16 | Insurance Company of Hartford, | ) |
| | | ) |
| 17 | Counter/Cross-Defendants. | ) |
| | | ) |
| 18 | | ) |
| | | ) |
| 19 | American Home Insurance Company and | ) |
| | Commerce & Industry Insurance | ) |
| 20 | Company, | ) |
| | | ) |
| 21 | Counter/Cross-Claimants, | ) |
| | | ) |
| 22 | v. | ) |
| | | ) |
| 23 | St. Paul Fire & Marine Insurance | ) |
| | Company, Charter Oak Fire Insurance | ) |
| 24 | Company, Travelers Indemnity Company | ) |
| | of America, Ohio Casualty Insurance | ) |
| 25 | Company, Maryland Casualty Company, | ) |
| | American Safety Indemnity Company, | ) |
| 26 | Transportation Insurance Company, | ) |
| | Zurich American Insurance Company, | ) |
| 27 | Liberty Mutual Insurance Company, | ) |
| | National Fire Insurance Company of | ) |
| 28 | Hartford, and American Guarantee & | ) |

| | |
|---|---|
| 1 | Liability Insurance Company, )<br>) |
| 2 | Counter/Cross-Defendants. )<br>) |
| 3 | _____ )<br>) |
| 4 | Lexington Insurance Company, )<br>) |
| 5 | Counter/Cross-Claimant, )<br>) |
| 6 | v. )<br>) |
| 7 | St. Paul Fire & Marine Insurance )<br>Company, Charter Oak Fire Insurance ) |
| 8 | Company, Travelers Indemnity Company)<br>of America, Ohio Casualty Insurance ) |
| 9 | Company, Maryland Casualty Company, )<br>American Safety Indemnity Company, ) |
| 10 | Transportation Insurance Company, )<br>Zurich American Insurance Company, ) |
| 11 | Liberty Mutual Insurance Company, )<br>National Fire Insurance Company of ) |
| 12 | Hartford, and American Guarantee & )<br>Liability Insurance Company, ) |
| 13 | )<br>Counter/Cross-Defendants. ) |
| 14 | _____ ) |

15   Before the Court is a Stipulation for Dismissal between Plaintiffs/Counter-Defendants

16   St. Paul Fire and Marine Insurance Company, Charter Oak Fire Insurance Company, and

17   Travelers Indemnity Company of America (collectively "**Plaintiffs**"); Defendants/Counter-

18   Claimants/Cross-Claimants/Cross-Defendants Transportation Insurance Company and

19   National Fire Insurance Company of Hartford (collectively "**CNA**"); Defendant/Counter-

20   Claimant/Cross-Claimant/Cross-Defendant Zurich American Insurance Company

21   (individually "**Zurich**"), along with Defendants/Cross-Defendants American Guarantee and

22   Liability Insurance Company, and Maryland Casualty Company, as well as Defendant

23   Steadfast Insurance Company (collectively the "**Zurich Group**"); Defendants/Counter-

24   Claimants/Cross-Claimants/Cross-Defendants Lexington Insurance Company, American

25   Home Assurance Company, and Commerce and Industry Insurance Company;

26   Defendant/Cross-Defendant American Safety Indemnity Company; Defendant/Cross-

27   Defendant Liberty Mutual Insurance Company; and Cross-Defendant Ohio Casualty

28   Insurance Company. (Doc. 363.)

1    Accordingly,

2    **IT IS HEREBY ORDERED dismissing with prejudice CNA** and **Zurich Group**

3    from **Plaintiffs'** claims.

4    **IT IS FURTHER ORDERED** terminating Steadfast Insurance Company from this

5    action because the only claims asserted against it have been dismissed. See LRCiv 15.1(b).

6    **IT IS FURTHER ORDERED dismissing with prejudice Plaintiffs** from **Zurich's**

7    Counter-Claim.

8    **IT IS FURTHER ORDERED dismissing with prejudice Plaintiffs** from **CNA's**

9    Counter-Claims.

10    DATED this 22nd day of May, 2014.

11

12                              _____

13                              Stephen M. McNamee
                                Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -