**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| St. Paul Fire & Marine Insurance Company, Charter Oak Fire Insurance Company, and Travelers Indemnity Company of America,<br><br>    Plaintiffs,<br><br>v.<br><br>American Safety Indemnity Company, Lexington Insurance Company, American Home Insurance Company, Commerce & Industry Insurance Company, and Liberty Mutual Insurance Company,<br><br>    Defendants.<br><br>Transportation Insurance Company and National Fire Insurance Company of Hartford,<br><br>    Cross-Claimants,<br><br>v.<br><br>Ohio Casualty Insurance Company, Maryland Casualty Company, American Safety Indemnity Company, Lexington Insurance Company, American Home Insurance Company, Commerce & Industry Insurance Company, Zurich American Insurance Company, Liberty Mutual Insurance Company, and American Guarantee & Liability Insurance Company, | No. CV-11-1954-PHX-SMM<br><br>**ORDER** |

| | |
|---|---|
| 1 | Cross-Defendants. )
| 2 | ) |
| 3 | Zurich American Insurance Company, ) |
| 4 | Cross-Claimant, ) |
| 5 | v. ) |
| 6 | Ohio Casualty Insurance Company, ) |
|   | American Safety Indemnity Company, ) |
| 7 | Lexington Insurance Company, ) |
|   | Transportation Insurance Company, ) |
| 8 | American Home Insurance Company, ) |
|   | Commerce & Industry Insurance ) |
| 9 | Company, Liberty Mutual Insurance ) |
|   | Company, and National Fire Insurance ) |
| 10 | Company of Hartford, ) |
| 11 | Cross-Defendants. ) |
| 12 | ) |
| 13 | American Home Insurance Company and ) |
|    | Commerce & Industry Insurance ) |
| 14 | Company, ) |
| 15 | Counter/Cross-Claimants, ) |
| 16 | v. ) |
| 17 | St. Paul Fire & Marine Insurance ) |
|    | Company, Charter Oak Fire Insurance ) |
| 18 | Company, Travelers Indemnity Company ) |
|    | of America, Ohio Casualty Insurance ) |
| 19 | Company, Maryland Casualty Company, ) |
|    | American Safety Indemnity Company, ) |
| 20 | Transportation Insurance Company, ) |
|    | Zurich American Insurance Company, ) |
| 21 | Liberty Mutual Insurance Company, ) |
|    | National Fire Insurance Company of ) |
| 22 | Hartford, and American Guarantee & ) |
|    | Liability Insurance Company, ) |
| 23 | Counter/Cross-Defendants. ) |
| 24 | ) |
| 25 | Lexington Insurance Company, ) |
| 26 | Counter/Cross-Claimant, ) |
| 27 | v. ) |
| 28 | ) |

|   |   |
|---|---|
| 1 | St. Paul Fire & Marine Insurance ) |
|   | Company, Charter Oak Fire Insurance ) |
| 2 | Company, Travelers Indemnity Company ) |
|   | of America, Ohio Casualty Insurance ) |
| 3 | Company, Maryland Casualty Company, ) |
|   | American Safety Indemnity Company, ) |
| 4 | Transportation Insurance Company, ) |
|   | Zurich American Insurance Company, ) |
| 5 | Liberty Mutual Insurance Company, ) |
|   | National Fire Insurance Company of ) |
| 6 | Hartford, and American Guarantee & ) |
|   | Liability Insurance Company, ) |
| 7 | ) |
|   | Counter/Cross-Defendants. ) |
| 8 | ) |

Before the Court is a Stipulation for Dismissal between Plaintiffs/Counter-Defendants St. Paul Fire and Marine Insurance Company, Charter Oak Fire Insurance Company, and Travelers Indemnity Company of America (collectively "**Plaintiffs**"); Cross-Claimants/Cross-Defendants Transportation Insurance Company and National Fire Insurance Company of Hartford; Cross-Claimant/Cross-Defendant Zurich American Insurance Company, along with Cross-Defendants American Guarantee and Liability Insurance Company, and Maryland Casualty Company; Defendants/Counter-Claimants/Cross-Claimants/Cross-Defendants Lexington Insurance Company, American Home Assurance Company, and Commerce and Industry Insurance Company; Defendant/Cross-Defendant American Safety Indemnity Company ("**ASIC**"); Defendant/Cross-Defendant Liberty Mutual Insurance Company; and Cross-Defendant Ohio Casualty Insurance Company. (Doc. 370.)

Accordingly,

**IT IS HEREBY ORDERED dismissing without prejudice ASIC** from **Plaintiffs'** claims.

DATED this 23rd day of June, 2014.

_____
Stephen M. McNamee
Senior United States District Judge

- 3 -