**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| St. Paul Fire & Marine Insurance Company, Charter Oak Fire Insurance Company, and Travelers Indemnity Company of America,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Lexington Insurance Company, American Home Insurance Company, Commerce & Industry Insurance Company, and Liberty Mutual Insurance Company,<br><br>　　　　Defendants.<br>_____<br>Transportation Insurance Company and National Fire Insurance Company of Hartford,<br><br>　　　　Cross-Claimants,<br><br>v.<br><br>Ohio Casualty Insurance Company, Maryland Casualty Company, American Safety Indemnity Company, Lexington Insurance Company, American Home Insurance Company, Commerce & Industry Insurance Company, Zurich American Insurance Company, Liberty Mutual Insurance Company, and American Guarantee & Liability Insurance Company,<br><br>　　　　Cross-Defendants. | No. CV-11-1954-PHX-SMM<br><br>**ORDER** |

| | |
|---|---|
| 1 | |
| 2 | Zurich American Insurance Company, ) |
| 3 | Cross-Claimant, ) |
| 4 | v. ) |
| 5 | Ohio Casualty Insurance Company, ) American Safety Indemnity Company, ) |
| 6 | Lexington Insurance Company, ) Transportation Insurance Company, ) |
| 7 | American Home Insurance Company, ) Commerce & Industry Insurance ) |
| 8 | Company, Liberty Mutual Insurance ) Company, and National Fire Insurance ) |
| 9 | Company of Hartford, ) |
| 10 | Cross-Defendants. ) |
| 11 | |
| 12 | American Home Insurance Company and ) Commerce & Industry Insurance ) |
| 13 | Company, ) |
| 14 | Counter/Cross-Claimants, ) |
| 15 | v. ) |
| 16 | St. Paul Fire & Marine Insurance ) Company, Charter Oak Fire Insurance ) |
| 17 | Company, Travelers Indemnity Company ) of America, Ohio Casualty Insurance ) |
| 18 | Company, Maryland Casualty Company, ) Transportation Insurance Company, ) |
| 19 | Zurich American Insurance Company, ) Liberty Mutual Insurance Company, ) |
| 20 | National Fire Insurance Company of ) Hartford, and American Guarantee & ) |
| 21 | Liability Insurance Company, ) |
| 22 | Counter/Cross-Defendants. ) |
| 23 | |
| 24 | Lexington Insurance Company, ) |
| 25 | Counter/Cross-Claimant, ) |
| 26 | v. ) |
| 27 | St. Paul Fire & Marine Insurance ) Company, Charter Oak Fire Insurance ) |
| 28 | Company, Travelers Indemnity Company ) |

| | |
|---|---|
| 1 | of America, Ohio Casualty Insurance Company, Maryland Casualty Company, Transportation Insurance Company, Zurich American Insurance Company, Liberty Mutual Insurance Company, National Fire Insurance Company of Hartford, and American Guarantee & Liability Insurance Company, |
| | Counter/Cross-Defendants. |

Before the Court is a Stipulation for Dismissal with Prejudice between Cross-Claimants/Cross-Defendants Transportation Insurance Company and National Fire Insurance Company of Hartford (collectively "**CNA**"); Cross-Claimant/Cross-Defendant Zurich American Insurance Company ("**Zurich**"), along with Cross-Defendants American Guarantee and Liability Insurance Company, and Maryland Casualty Company (collectively "**Zurich Group**"); Defendants/Counter-Claimants/Cross-Claimants/Cross-Defendants Lexington Insurance Company, American Home Assurance Company, and Commerce and Industry Insurance Company (collectively "**AIG**"); Defendant/Cross-Defendant Liberty Mutual Insurance Company ("**LMIC**"); and Cross-Defendants Ohio Casualty Insurance Company ("**OCIC**"), and American Safety Indemnity Company ("**ASIC**"). (Doc. 377.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice CNA's** crossclaims against **Zurich Group**, **AIG**, **LMIC**, **OCIC**, and **ASIC**, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED dismissing with prejudice Zurich's** and **AIG's** crossclaims against **CNA**, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** terminating **CNA** from the action as all claims, counterclaims, and crossclaims to which **CNA** was a party have been dismissed. (See Doc. 366.)

DATED this 2nd day of July, 2014.

*[signature]*
Stephen M. McNamee
Senior United States District Judge